The first argued case this morning is number 18-2032 in Re Snyder, Mr. Williams. Thank you, Your Honor. May it please the Court, Roger Williams here today on behalf of inventors Jim Snyder, June Haoshua, Joe Dente, Travis Hartwell, Morgan Hollinger, John Thiele, Jimmy Wan, Robert Williams, and Robert Morgan. We asked the Court to reverse the panel's 101 rejection of the independent claims in this case. The first ground I want to talk about is how the Board overlooked the express discussion in the specification of the technical problems solved by the claimed invention. What is the invention? The invention is, given the context of a link-oriented data set. Making links was old, right? The invention was not creating links. The invention is not generating links. It's more than that. It's generating specific types of edges within the context of a specific type of data structure. Links and edges are the same thing. Yes, correct, Your Honor. Links and edges are the same thing. Right. Okay, so does the invention use new data to do this? The invention creates new data. In the context of this database, absolutely, the invention creates new data. When you ingest... It creates new links, but the links are based on what? Existing data, right? The links are based on... The links are constructed based on defining a new edge type. But using existing data. It's using the data that is inherent, that's already collected into the data set. Okay, so it's not using any new data as compared to the prior art, right? The data that's coming in, the data that's coming in, we have a certain type of data that's coming in. It comes in with... I'm just trying to understand what the invention is. Is it using a new data set, or is it creating new links based on the same data that existed before? It's creating a new data set based on data that is in one of the edges or one of the links, based on data that is a pre-existing, a combination of a pre-existing edge type or data that is collected in one of the nodes. So it's creating new data elements of the data set using some combination of those. I don't understand. I mean, is it... In your example of 9A and 9B, the mileage between the nodes, that's based on an existing set of data about mileage, right? And it's noting the connection based on that data, right? So what we have in the... When we start... What we start with is we start with a node that has information about an observation and a place. And that comes to us in the observable data. And we have two examples of that. One person was sighted in one place, one person was sighted in the second place. We have two examples of that data. That's in the observable data set. But the determination that those two places are within the same or within a distance from each other, that's not in the data set until we define the edge type and create the edge between those two. Where's the mileage data coming from? Well, there's location data for each of those sites. So... GPS. GPS or some other thing. So it can be calculated. Sure, but that was not done before? Calculating the... In this particular example, calculating the location was done before, but it wasn't... And the location was in the database in the first instance, in the original database. But it's not in it until... But the relation between those two nodes isn't in it until the program goes in there and compares the two locations, realizes that they meet some metric, and then creates, generates a link between them. Creates a new type... Surely that was done before. In turn, if you had a node with a geographic location that it was possible to calculate the distance between the two, right? In the abstract, once you have two locations, of course it's possible to calculate the distance between them. That's not an issue. So what was new about it? But the improvement here is changing the database to add that back, that relationship that did not exist before. How exactly are you changing the database? When you said changing the database, what did you mean by that? The database that comes in from the original collection of observable data has a set of nodes... With respect to 9b, where the two individuals were. Right. Right. So with respect to 9b, the data set that comes in, let's say it's some kind of citing data. The observable data comes in with a person, some kind of identifying information about a person, a location, which could be GPS, and a time and date. Those are all facts. And there are... It's all generated and it's embodied in links and nodes. And we have at least two instances of that. We have a person A and a person B. Both of them have the same kind of data. When we create a new... When we add a new link, when we induce a link between those two nodes... You're creating a new data set, you say? Yes, we're creating a new data set that behaves differently. And how exactly... Excuse me. How exactly is that data set determined? What does that... How does the data set computed or arrived at or created? Is that where the computer comes in? It comes in in... The original data set comes to us as a data file of some kind. Right. A file of data that's usable by a computer. Right. And then how do you define the link, the new link? Is we have an example of that in the specification. It's basically code. It's a program that does that. So the computer has a program that receives the data set, namely where the two individuals are located. And as a result of that, the computer generates the link. Is that... Yes. The program... Someone... In the example in the specification, someone has written a snippet of code. And what it does is it goes out there and it creates... It defines a new type of link and it creates it. So but that new code is not part of the claim, right? The code is part of the claim because we talk in... It doesn't tell you what it is. It doesn't tell you what the code is. It just tells you what it does. It tells you how to define a new link. It tells you two different ways to define the new edge. By defining it in terms of edge types, that's link derivation in the context of this claim. Or defining it in terms of a node value, that's inducing links in the context of this claim. But it doesn't tell you how to do it other than to use a computer to do it, right? Actually, we have... I respectfully disagree, Your Honor. It tells you that you start with this link-oriented data set, so that's a specific type of data set, and a very specific type of data structure with typed edge and typed nodes. And it says you can add new links, and here's different ways to add new links. It gives you a pretty precise way to... What's the precise way? It's either link induction or link derivation as defined in the claim. You add a new type of link where you define it in terms of other edges, or you can define a new link in terms of data that's in one of the nodes, that's in a node. Mr. Williams, what is the... As briefly as you can, what role does the computer play in the invention? How does the computer facilitate the invention? What does the computer do? The computer does almost everything. You have the... If you look at Claim 114, to begin with, you have the graph analytics platform software, which hosts the graph-oriented database. So the link-oriented database, which is a graph, is stored on memory on a computer, and that... The graph analytics platform software has the software capabilities to run searches, to find paths on this link-oriented data set. The computer has to do that. And then the defining of the edge type, the defining of the new edge type, that's a... That's something that's done. You're telling the computer how to define the new edge type. And then going out and identifying the different types of edges or nodes that satisfy the conditions to create new links. That's all done by the computer. So in a nutshell, the computer is given the information. It's given the formula, and it generates the links. Yes, it's given... Yes, for the derived links, it's given a... In the example in the specification, it's given a Boolean expression. You know, derive a link by looking for all the different edges that satisfy these conditions. And every time you have a path that satisfies these conditions, then you derive a link between the endpoints of that path. Same thing for an induced link. What you do is the software searches for the nodes that satisfy some conditions, some logical conditions. In the examples of 9a and b, it's the nodes where the date and the location coordinates match up to another one, and then you create a link between them. That's all done by the software. Okay, let's hear from the office, and you have your rebuttal time. Thank you, Robin. Mr. Warrick, so we've raised some questions concerning the background and how this method is performed. But when there's a rejection under Section 101, there is no examination on the merits. Is that right? Good morning, Your Honor. There is an option. When there is a new rejection entered by the board under 101, the applicant can either return to prosecution or pursue a petition for rehearing, which is what happens here. What we have here is a decision under 101, which is being appealed. Correct. Not whatever steps may have been taken in order to get to. We appreciate that there was reconsideration. But the position of the office is that despite the steps and the complexity and the prior art and all the rest of it, this, I'll call it an invention, even though technically you've held it is not, has no access to patenting. Isn't that what the decision was? The decision was that the independent claims were not eligible for patent. Correct. And I want to note that either way this will go back to prosecution because there are dependent claims pending, and the board left it to the examiner to determine whether they recited sufficiently more to amount to what the Supreme Court has called an inventive concept to pass 101. That said, this is a normal practice for the board. It's memorialized in the regulations, 4150. The board may enter a new rejection where appropriate. And, again, the applicant has the opportunity to either pursue the petition for reconsideration, as they did here, and then appeal to this court. You were telling about the internal procedures that got us to this final decision. But the final decision is that this is not within the scope of the patent law, of the patent statute. That's correct, Your Honor. And the reason for that is very simple, I think. If I were to walk in this room with no additional information and see Your Honor's name plaque behind the bench, as well as Your Honor Judge Schall's name plaque, I could infer that you are both on the panel that will be deciding this case. And that is covered by this claim. The claims, each of the four independent claims, cover taking two. You're talking about the merits of patentability. The question is whether, as a matter of the foundation, this is a method within the scope of Section 101, not whether the other sections of the statute apply. That's what the board held, is it not? If I understand Your Honor correctly, the board held that the claims were not eligible under Section 101 of the Patent Act because they recited an abstract concept and the additional elements did not amount to something more such that there was eligibility under this court and the Supreme Court's precedent. And then I hear you telling us, your friend, that the reason that it's an abstract concept is because it doesn't pass the tests of Section 102 or 103, which is a non sequitur. Well, that is not correct, Your Honor. The reason it does not pass 101, according to the board and according to our brief, is that the claims are directed to an abstract idea and specifically directed to a mental process, which this court has repeatedly held. Yes, that's what the board held. Well, I'm trying to understand where the boundary line is. How is it that we see so many methods, practical methods that are performed in the real world and yet the office tells us that they don't come within the scope of what the patent system is supposed to consider, whether or not they are new and unobvious and enabled and described? Well, to that point, Your Honor, I believe we are bound by the Supreme Court's precedent as well as this court's precedent, and I would point to two examples. The Mayo case... I'm interested in the reasoning of the board and of the office. And the office's position is that we are bound by that precedent. When Mayo said you look only to the additional elements to determine if patentability... That covers any method of creating links, right? That's basically what was described, right? That is correct. I think that's correct. I'm happy to return to that. Your Honor, I want to make sure I've addressed Judge Newman, your question. And I think this court's opinion in SAP v. InvestPIC is a good example where this court explained that no matter how new your abstract idea is, that alone does not confer eligibility. You have to look to the additional elements, which here are undisputedly generic computer elements. We know that because that's what the specification tells us. If you look at paragraph 45, it says the software is well known to those of ordinary skill in the art. And if we look at paragraph 70, and this goes to Your Honor, Judge Schall's question, the invention, quote, is not limited to any particular computer architecture or network. It can be any system. So because of that, the only thing that is being argued by the appellants that is new here is the abstract idea, is the mental process itself. And according to Mayo and Alice and cases from this court like InvestPIC, that is not enough. You're telling us that the broadest claims are too broad. That's not a matter of 101. That's a matter of description, enablement, obviousness. Just to be very clear, Your Honor, our argument in the board's holding was not that the claims were too broad. It's that the claims were directed to ineligible subject matter. And specifically, it's the subject matter of inferring a connection between two data points. And, I mean, if I am watching a basketball game on television and I see two people wearing the same color jersey, I could infer that they are on the same team. It's ineligible because it's performed by computer? The Supreme Court has said if you just have a claim that essentially says do it on a computer and the it is otherwise ineligible subject matter, here the mental process of drawing and inference, that's not enough. And as Judge Dyke had brought up earlier today, these claims don't tell you how you do something differently or in a new way on a computer. They just say do it on a computer. Draw and inference using this admittedly known software in this admittedly known technical environment. And the claims are broad enough to cover even these very simple examples that even my friend on the other side was bringing up this morning of two people having some connection, like having shared a phone call and drawing a connection between them. That's new data. It's not a new structure for storing data like we had in EnFish. It's not a new system for interacting with the data like the tab spreadsheet in the Data Engine case. It's simply an inference and you could call that a node or a link or data, but that's all it is. What you're saying, Mr. Warrick, is that nothing is done to the computer in this case, in this invention. Rather, the computer is used in its normal way to implement the abstract idea. That's exactly correct, Your Honor. Using some language from this court, the computer is being used as a tool. There's no claimed improvement to the tool itself. And if Your Honors have no further questions, we would ask that you affirm the board. Thank you. Mr. Williams. Thank you. So, well, if you reverse the board, if you reverse the board, then it goes back to the office for allowance of all claims. If you don't reverse the board, then it goes back for examination of the dependent claims. Now, you're not bound by what the board did in terms of how the board defined the abstract idea. But if it goes back on examination, my clients are, and the examiner is. And what the board did was not a correct definition, was not a supportable definition of the abstract idea. And so if you're going to send it back for further examination, one thing we ask that you do is actually tell us, as a matter of law, what the abstract is that this claim is directed to so that further prosecution can proceed. What do you think the idea is to which the claim is directed? I think the idea is improving a link-oriented data set by adding new types of edges that are not already in there, that are not inherently in the data set. Because when you add those, and that is a technological improvement, because when you add those new types of edges, it reduces search costs.  of this graph database, you can convert complex searches into simple searches. That reduces search costs, and that's a technological improvement. What is that other than saying, use a computer to find new relationships, new edges? That's too simplified, Your Honor. Why is that too simplified? Because we're talking about, we're starting in the context of a specific type of graph database structure. Not all graph databases, not all databases, but... What does the claim say about a specific structure? What does the claim say about a specific structure? What's the specific structure? The specific structure, the specific data structure in the claim, Your Honors, just looking at Claim 114, is that you have a graph data structure that has typed nodes and typed edges, and that does not cover the waterfront. There are other types of databases that that does not describe. And you have, and it also talks about, you have collected observable data that is stored in this particular, this specific type of graph database structure. And when the data is... What's specific about the data structure? Well, it's a graph database structure. What does that mean? It's organized as nodes and edges, so you can search for paths. I mean, the way you... That's not new, right? I don't know that that's in the record, Your Honor. Certainly not searching the database, certainly not adding new links to a graph database in the way described in this application. The... When my friend stands up and says that the steps of the claim can be performed entirely in the mind, I think what that does is that's raising a claim construction question, because I don't think that any of these claims can be performed entirely in the mind. It may be that some simplified hypothetical can be performed in the mind, but not these claims. The claims talk about manipulation. Every one of the independent... Why can't you figure out in your head what the distance is between two geographic locations? That's possible, but that's not what's in the claim. What you cannot figure out in your head... Doesn't the claim cover figuring out the relationship between these two addresses on Maple Street? Eventually, that is a calculation that might be done, but that's not what the claim is directed to. What is the claim directed to? The claim is directed to defining a new type of edge in a graph database and adding that new type of edge into the database. What do you mean, new type of edge? When the data comes in, it comes in with specific categories of types. Like in the example that you started asking about, the 9A and 9B, the types of relationships are person, place, and time. What's not in there is within one mile of each other. That's a new relationship. It's not in the data as it comes into us. After we create that link, then there's a new edge, and then that can be searched. Then you can run new searches on the database then. At that point, that's not an abstraction. That's a real data element that affects the performance of the database that can be searched on and generate results. But the court has also recognized, including in the CyberSource case, that claims directed to manipulation of data structures are not mental step, are not abstract mental steps. And that's what every one of these claims is directed to, is manipulation of a data structure, of a graph database, manipulation of a graph database data structure by adding new link elements. The claim construction argument is that the, my friend here is saying that everything can be done in the mind. And as a claim construction question, that's just not so. Claim 114, it's everything, it's expressed that everything is done by a processor working on data structures in memory. In Claim 73, the elements of Claim 73 talk about collecting data into a data set that has a graph data structure, defining an edge type, and generating by computational process an edge type, an abstraction edge type edge. So those claim elements mean that this cannot be performed in your mind. And part of the question I think is that when we're talking about, when we use the words defining an edge type in these claims, that's not the kind of defining that you and I do when we're talking. In the computer science world, when you define a type of variable, a form of type of element, what you're doing is you're defining, you're specifying exactly how it's going to behave in the context of a program or a database. You're describing exactly how the computer is going to manipulate it. So defining the defining verb in these claims is one of the things that contributes to, one of the things that supports the idea that these claims cannot be performed in the mind. The panel has no further questions. Thank you. Thank you both. The case is taken under submission. Thank you.